IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELISABETH ENDEAN,

    Plaintiff,

v.                                                       No. 1:24-cv-00047-KG-GJF

TORRY MEDLIN, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
BRISTOL WEST INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

Plaintiff and Defendants State Farm Mutual Automobile Insurance Company and Bristol West Insurance Company have reached mutually agreed upon confidential resolutions of all issues of law and fact in this case. The agreed upon resolutions are intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and these Defendants have also agreed to bear their own costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.    Plaintiff's *Complaint for Personal Injury* filed in the Second Judicial District Court, County of Bernalillo, State of New Mexico, No. D-202-CV-2023-03207, and removed to this Court on 1/12/2024 ("Complaint") is dismissed with prejudice.

2. Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Taryn M. Kaselonis*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for State Farm*

Approved:

**BRUCE E. THOMPSON LAW FIRM, P.C.**

*/s/ Bruce E. Thompson (via email 3/15/24)*
Bruce E. Thompson
4801 All Saints Rd. NW
Albuquerque, NM  87120
(505) 999-2001
bruce@brucethompson.law
*Attorneys for Plaintiff*

**O'BRIEN & PADILLA, P.C.**

By: */s/ Daniel J. O'Brien (via email 3/18/24)*
Daniel J. O'Brien
6000 Indian School Road NE, Ste 200
Albuquerque, NM  87110-4179
(505) 883-8181
dobrien@obrienlawoffice.com
*Attorneys for Bristol West*

3